*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.*

In re Martin W. MASTERS, Matthew Pietrafitta, and Therese Velde.

Nos. 2006–1228, 2006–1229.

United States Court of Appeals, Federal Circuit.

Nov. 9, 2006.

Before SCHALL and GAJARSA, Circuit Judges, and MCKINNEY, Chief Judge.*

### *Judgment*

PER CURIAM

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

---

* Honorable Larry J. McKinney, Chief Judge of the United States District Court for the Southern District of Indiana, sitting by designation.